IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN REGINALD DAY, JR. | § § | |
| v. | § § § | CIVIL ACTION NO. G-06-655 |
| BOARD OF PARDON AND PAROLES | § § § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on November 2, 2006. Petitioner filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Amended Petition for a Writ of Habeas Corpus of John Reginald Day, Jr. (Instrument No. 6) is **DISMISSED WITHOUT PREJUDICE** for failing to exhaust state remedies.

**DONE** at Galveston, Texas this 1st day of December, 2006.

_____
Samuel B. Kent
United States District Judge